IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR402 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS KORT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to withdraw filed by Michael F. Maloney and the office of the Federal Public Defender (Filing No. 82). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Michael F. Maloney and the office of the Federal Public Defender are deemed withdrawn as counsel of record for defendant.

DATED this 24th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court