# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:02CR402 |
| vs. ) | |
| ) | ORDER |
| TRAVIS KORT, ) | |
| Defendant. ) | |

Defendant Travis Kort (Kort) appeared before the court on April 18, 2012, on the Second Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 76). Kort was represented by Jessica P. Douglas and the United States was represented by Special Assistant U.S. Attorney David M. Wear. Through his counsel, Kort waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Kort should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

The government moved for detention. Through counsel, Kort declined to present any evidence or request a hearing on the issue of detention. Since it is Kort's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Kort has failed to carry his burden and that Kort should be detained pending a dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on August 1, 2012**. Defendant must be present in person.

2. Defendant Travis Kort is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

5. The Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 62) is termed as moot.

DATED this 18th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge