IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:02CR402 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVIS KORT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to release the defendant from federal custody for treatment (Filing No. 90). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall be released from federal custody to enter treatment as stated in the motion. At or before 10 a.m. on Thursday, May 10, 2012, his mother will pick him up from the Office of the United States Marshal, Roman L. Hruska United States Courthouse, 111 South 18th Street, Omaha, Nebraska, and provide transportation to the treatment facility.

DATED this 8th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court