IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:02CR402 |
| v. | ) | |
| TRAVIS KORT, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court after defendant failed to appear. Accordingly,

IT IS ORDERED that the final hearing on the second amended petition for offender under supervision (Filing No. 76) and on the third amended petition for offender under supervision (Filing No. 95) is continued pending further order of the Court.

DATED this 1st day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court